IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHELLE MINERO,
Plaintiff,

v.  No. CV 11- CG 1127

MICHAEL J. ASTRUE,
COMMISSION OF SOCIAL SECURITY,
Defendant,

## ORDER TO SEAL ADMINISTRATIVE RECORD

**THIS MATTER** comes before the Court upon Defendant's Unopposed *Motion to Seal Administrative Record*. (Doc. 12). Plaintiff concurs in the granting of the motion and the Court, having considered the motion and being fully advised in the premises, finds that there is good cause for granting the motion.

**IT IS HEREBY ORDERED** that the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE