IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHELLE MINERO**,

       Plaintiff,

vs.

       No. 11cv1127 WJ/RHS

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

       Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S ANALYSIS AND PROPOSED DISPOSITION

       THIS MATTER comes before the Court on the Magistrate Judge's Analysis and Proposed Disposition (Doc. 26) regarding Plaintiff's Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (Doc. 23).   Defendant did not file any objections to the Magistrate's Proposed Disposition (Doc. 26) and the deadline for doing so has passed.

       THEREFORE the Magistrate's Analysis and Proposed Disposition is adopted by the Court.

       _____
       WILLIAM P. JOHNSON
       UNITED STATES DISTRICT JUDGE